**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

| | |
|---|---|
| IN RE: Ramen−ya Inc. | CASE NO.: 23−10979−mg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 47−2042238 | CHAPTER: 7 |

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Martin Glenn on June 23, 2023 for administration. Please style all future captions with the appropriate judicial suffix (mg ).

Dated: June 23, 2023                    Vito Genna
                                        Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:  Case No. 23-10979-mg
Ramen-ya Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1      User: admin      Page 1 of 2
Date Rcvd: Jun 23, 2023      Form ID: 144      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ramen-ya Inc., 166 E. 82nd Street, #4C, New York, NY 10028-1847 |
| 8030039 | + | 133 Sixth Macdougal LLC, c/o Albert A. Hatem, P.C., 202 Mamaroneck Avenue, Suite 201, White Plains, NY 10601-5321 |
| 8030041 | + | NYC Dept. of Finance, 66 John Street, 2nd Floor, Legal Dept., Brooklyn, NY 11201-1122 |
| 8030042 | + | NYC Law Dept., 100 Church Street, New York, NY 10007-2668 |
| 8030043 | + | NYS Attorney General, 28 Liberty Street, New York, NY 10005-1400 |
| 8030047 | + | Office of the U.S. Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1459 |
| 8030048 | + | Ornrat Keawsri, Lead Plaintiff, et al., c/o Florence Rostami Law, LLC, 420 Lexington Avenue, Suite 1402, New York, NY 10170-0057 |
| 8030050 | + | U.S. Dept. of Justice, Box 55, Washington, DC 20044-0055 |
| 8030051 | | U.S. Small Business Administration, 2 North Street, Suite 320, Birmingham, AL 35203 |
| 8030052 | + | United States Attorney, One St. Andrews Plaza, Claims Unit, New York, NY 10007-1701 |
| 8030053 | + | Y & S International Corp., 345 East 78th Street, New York, NY 10075-1317 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jun 23 2023 19:00:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Jun 23 2023 19:00:00 | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 23 2023 19:01:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: USANYS.Bankruptcy@usdoj.gov | Jun 23 2023 19:00:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 8030040 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 23 2023 19:00:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 8030044 | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jun 23 2023 19:00:00 | NYS Dept. of Labor, WA Harriman Campus, Building 12, #256, Albany, NY 12240-0001 |
| 8030045 | | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jun 23 2023 19:01:00 | NYS Dept. of Taxation and Finance, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 8030046 | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Jun 23 2023 19:00:00 | NYS Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| 8030049 | + | Email/Text: dpick@picklaw.net | Jun 23 2023 19:01:00 | Pick & Zabicki LLP, 369 Lexington Avenue, 12th Floor, New York, NY 10017-6527 |

TOTAL: 9

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas J. Pick | on behalf of Debtor Ramen-ya Inc. dpick@picklaw.net ezabicki@picklaw.net |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 2