# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>RAMEN-YA, INC.,<br><br>                Debtor. | Chapter 7<br><br>Case No. 23-10979-mg |

## ORDER PURSUANT TO BANKRUPTCY CODE § 327(a) AND (d) AUTHORIZING TRUSTEE'S RETENTION AND EMPLOYMENT OF WINDELS MARX LANE & MITTENDORF, LLP AS ATTORNEYS TO THE TRUSTEE EFFECTIVE JULY 5, 2023

Upon the application dated July 7, 2023 of Alan Nisselson (the "*Trustee*"), trustee for the chapter 7 estate (the "*Estate*") of Ramen-Ya, Inc. (the "*Debtor*"), seeking authority to employ and retain Windels Marx Lane & Mittendorf, LLP ("*Windels Marx*") as his attorneys in this case effective as of July 5, 2023; and upon the affidavit of Alan Nisselson sworn to on July 7, 2023; and it appearing that the attorneys of Windels Marx who will be assigned to this matter are attorneys duly admitted to practice in this Court; and the Court being satisfied that Windels Marx holds or represents no interest adverse to the Trustee or to the Debtor's Estate herein and are disinterested persons with respect to the matters for which they are to be retained; and sufficient cause appearing therefore and no adverse interest being represented, it is hereby

**ORDERED,** that:

1.    Pursuant to 11 U.S.C. § 327(a) and (d), the Trustee is hereby authorized and empowered to employ and retain Windels Marx as his attorneys, effective as of July 5, 2023 under a general retainer to represent the Trustee in this case.

2.    The Court, upon appropriate application and upon notice and a hearing pursuant to 11 U.S.C. §§ 330 or 331, shall hereafter fix compensation of Windels Marx for its services on behalf of the Trustee.

3. Ten business days prior to any increases in the Firm's rates, for any individual employed by Windels Marx and retained by the Trustee providing services in this case, Windels Marx shall file a supplemental affidavit with the Court setting forth the basis for the requested rate increase pursuant to 11 U.S.C. § 330(a)(3)(F).

**IT IS SO ORDERED.**

Dated: July 12, 2023
        New York, New York

                                                  **/s/ Martin Glenn**
                                                    MARTIN GLENN
                                      Chief United States Bankruptcy Judge

No Objection:
Office of the United States Trustee
Dated: July 10, 2023

By:    /s/ Greg Zipes
        Greg Zipes, Trial Attorney